UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID SABINO QUAIR,

        Plaintiff,

    v.

WARDEN, et al.,

        Defendants.

Case No. 19-cv-01270-JD

**ORDER OF DISMISSAL**

Re: Dkt. Nos. 9, 11

Plaintiff, a state prisoner, has filed a civil rights action. On multiple occasions, plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was allowed twenty-eight days to either pay the fee or file a proper application with all the required documents. More than twenty-eight days has passed and plaintiff has not paid the fee or filed a complete application to proceed IFP. Therefore, this case is **DISMISSED** without prejudice. Plaintiff's incomplete motions to proceed IFP (Docket Nos. 9, 11) are **DENIED**.

    **IT IS SO ORDERED.**

Dated: May 3, 2019

_____

JAMES DONATO
United States District Judge

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DAVID SABINO QUAIR,

          Plaintiff,

      v.

WARDEN, et al.,

          Defendants.

Case No.  19-cv-01270-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 3, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Sabino Quair ID: BG-0478
CALIFORNIA INSTITUTION FOR MEN
P.O. Box 600
Chino, CA 91708

Dated: May 3, 2019

Susan Y. Soong
Clerk, United States District Court

By: _____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO